Exhibit 1



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Mar 13 03:31:01 EDT 2017

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: _____ OR [Jump] to record: _____ **Record 12 out of 16**

[TSDR] [ASSIGN Status] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | IRON MAIDEN |
| **Goods and Services** | IC 016. US 037 038. G & S: Inclusion on Paper or Cardboard Products-Namely, Posters, Souvenir Concert Programs, Stickers, Calendars, Photographs and Decals. FIRST USE: 19800411. FIRST USE IN COMMERCE: 19800711 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 73433241 |
| **Filing Date** | July 5, 1983 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 18, 1984 |
| **Registration Number** | 1306972 |
| **Registration Date** | November 27, 1984 |
| **Owner** | (REGISTRANT) Iron Maiden Holdings Limited CORPORATION UNITED KINGDOM Bridle House 36 Bridle Lane London W1F 9BZ UNITED KINGDOM |
| **Attorney of Record** | Martha Gayle Barber |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

| | |
|---|---|
| **Affidavit Text** | SECT 8 (6-YR). SECTION 8(10-YR) 20141123. |
| **Renewal** | 2ND RENEWAL 20141123 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Mar 13 03:31:01 EDT 2017

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout]  Please logout when you are done to release system resources allocated for you.

[Start]  List At: [     ]  OR  [Jump] to record: [     ]   **Record 11 out of 16**

[TSDR] [ASSIGN Status] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | IRON MAIDEN |
| **Goods and Services** | IC 025. US 039 040. G & S: Clothing-Namely, T-Shirts, Jerseys, Sweat-Shirts, Hats, Jackets and Leather Wrist Bands. FIRST USE: 19800411. FIRST USE IN COMMERCE: 19800711 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 73433367 |
| **Filing Date** | July 5, 1983 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 18, 1984 |
| **Registration Number** | 1307146 |
| **Registration Date** | November 27, 1984 |
| **Owner** | (REGISTRANT) Iron Maiden Holdings Limited CORPORATION UNITED KINGDOM Bridle House 36 Bridle Lane London W1F 9BZ UNITED KINGDOM |
| **Attorney of Record** | Martha Gayle Barber |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). SECTION 8(10-YR) 20141123. |
| **Renewal** | 2ND RENEWAL 20141123 |
| **Live/Dead Indicator** | LIVE |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Mar 13 03:31:01 EDT 2017

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: _____ OR [Jump] to record: _____   **Record 13 out of 16**

[TSDR] [ASSIGN Status] [TTAB Status]   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | IRON MAIDEN |
| **Goods and Services** | IC 041. US 107. G & S: Entertainment Services-Namely, Live Musical Entertainment Performances Rendered by a Vocal and Instrumental Group. FIRST USE: 19800411. FIRST USE IN COMMERCE: 19800711 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 73433235 |
| **Filing Date** | July 5, 1983 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 25, 1984 |
| **Registration Number** | 1308370 |
| **Registration Date** | December 4, 1984 |
| **Owner** | (REGISTRANT) Iron Maiden Holdings Limited CORPORATION UNITED KINGDOM Bridle House 36 Bridle Lane London W1F 9BZ UNITED KINGDOM |
| **Attorney of Record** | Martha Gayle Barber |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). SECTION 8(10-YR) 20141222. |
| **Renewal** | 2ND RENEWAL 20141222 |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Mar 13 03:31:01 EDT 2017

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: _____ OR [Jump] to record: _____ **Record 7 out of 16**

[TSDR] [ASSIGN Status] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

# IRON MAIDEN

| | |
|---|---|
| **Word Mark** | IRON MAIDEN |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Musical sound recordings; musical video and audio recordings; digital music downloadable from the Internet. FIRST USE: 19800000. FIRST USE IN COMMERCE: 19800000<br><br>IC 014. US 002 027 028 050. G & S: Jewelry; watches; rings. FIRST USE: 19800000. FIRST USE IN COMMERCE: 19820000<br><br>IC 016. US 002 005 022 023 029 037 038 050. G & S: Posters; souvenir concert programs; tour books relating to musical performances; stickers; calendars; photographs; decals; notebooks; pens; wrapping paper; binders. FIRST USE: 19800411. FIRST USE IN COMMERCE: 19800711<br><br>IC 018. US 001 002 003 022 041. G & S: Backpacks; handbags; wallets. FIRST USE: 19850000. FIRST USE IN COMMERCE: 19850000<br><br>IC 021. US 002 013 023 029 030 033 040 050. G & S: Beverage ware; bottle openers; portable beverage coolers; barware, namely, goblets, tankards; coasters not of paper and not being table linen; candle holders; candlesticks; flasks; mugs. FIRST USE: 19830000. FIRST USE IN COMMERCE: 19830000<br><br>IC 024. US 042 050. G & S: Banners and flags of textile. FIRST USE: 19820000. FIRST USE IN COMMERCE: 19820000<br><br>IC 025. US 022 039. G & S: Clothing, namely, t-shirts, tank tops, long sleeve shirts, shorts, jerseys, sweatshirts, sweatpants, pants, jackets; hats; leather wrist bands; scarves; shoes. FIRST USE: 19800411. FIRST USE IN COMMERCE: 19800711<br><br>IC 026. US 037 039 040 042 050. G & S: Ornamental novelty pins; cloth patches for clothing; shoelaces; belt buckles. FIRST USE: 19810000. FIRST USE IN COMMERCE: 19810000<br><br>IC 028. US 022 023 038 050. G & S: Toy planes. FIRST USE: 20080000. FIRST USE IN COMMERCE: 20080000<br><br>IC 035. US 100 101 102. G & S: On-line ordering in the field of a variety of merchandise, namely, compact discs, DVDs, video cassettes, clothing, shoes, house wares, posters, downloadable ringtones, canvas prints; providing a |

web site featuring sales information regarding a wide variety of merchandise. FIRST USE: 20030000. FIRST USE IN COMMERCE: 20030000

IC 041. US 100 101 107. G & S: Entertainment services, namely, live musical entertainment performances rendered by a vocal and instrumental group; providing a web site featuring information relating to live performances; providing a web site featuring non-downloadable musical recordings and video recordings featuring musical performances and entertainment content of the music performers. FIRST USE: 19800411. FIRST USE IN COMMERCE: 19800711

| | |
|---|---|
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77787755 |
| **Filing Date** | July 23, 2009 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 15, 2010 |
| **Registration Number** | 3840031 |
| **Registration Date** | August 31, 2010 |
| **Owner** | (REGISTRANT) Iron Maiden Holdings Limited CORPORATION UNITED KINGDOM Bridle House 36 Bridle Lane London W1F 9BZ UNITED KINGDOM |
| **Attorney of Record** | Michele M. Glessner |
| **Prior Registrations** | 1306972;1307146;1308370 |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |


United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Mar 13 03:31:01 EDT 2017

Please logout when you are done to release system resources allocated for you.

List At: ___ OR Jump to record: ___ **Record 4 out of 16**

( Use the "Back" button of the Internet Browser to return to TESS)

# IRON MAIDEN

| | |
|---|---|
| **Word Mark** | IRON MAIDEN |
| **Goods and Services** | IC 032. US 045 046 048. G & S: Beers; fruit beverages and fruit juices<br><br>IC 033. US 047 049. G & S: Alcoholic beverages except beers and wine |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 79153500 |
| **Filing Date** | August 13, 2014 |
| **Current Basis** | 66A |
| **Original Filing Basis** | 66A |
| **Published for Opposition** | August 25, 2015 |
| **Registration Number** | 4848431 |
| **International Registration Number** | 1219616 |
| **Registration Date** | November 10, 2015 |
| **Owner** | (REGISTRANT) Iron Maiden Holdings Limited Limited Company UNITED KINGDOM Bridle House 36 Bridle Lane London W1F 9BZ UNITED KINGDOM |
| **Attorney of Record** | Brian M. Davis |
| **Priority Date** | March 13, 2014 |
| **Prior Registrations** | 1306972;1307146;1308370;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Tue Jan 23 03:47:02 EST 2018

Please logout when you are done to release system resources allocated for you.

List At:    OR    to record:    **Record 1 out of 6**

( Use the "Back" button of the Internet Browser to return to TESS)

# IRON MAIDEN

| | |
|---|---|
| **Word Mark** | IRON MAIDEN |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: skin care products, namely, body lotions and creams. FIRST USE: 20160811. FIRST USE IN COMMERCE: 20160811 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87135379 |
| **Filing Date** | August 11, 2016 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) SkinCatering, LLC. LIMITED LIABILITY COMPANY MASSACHUSETTS Suite 220 1500 Main Street Springfield MASSACHUSETTS 01115 |
| **Attorney of Record** | Deborah A. Basile |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY