```
                    In the United States District Court
                    For the Northern District of Illinois
                              Eastern Division

                                              ) Case No.:
Plaintiff name(s),                            )
                                              )
     Jing Li                                  )
                                              )
     Kai Zhang                                )
                                              )
     Shanshou He                              )
                                              )
     Tingting Wang                            )

     Xiao Huang

     Ziqi Wang

     Fen Peng

     Aixiang Zeng

     Huihong Shen

     Xinguo Yin


        vs.
Defendant

     Greer, Burns, & Crain, LTD

     300 South Wacker Drive

     Suite 2500

     Chicago, IL  60606
            Defendant


                                   COMPLIANT



                        [Pleading title summary] - 1
```

Greer, Burns, & Crain, LTD is a law firm located in Chicago, Illinois. Greer, Burns, and Crain, LTD will be referred to as "GBC" moving forward. Over the past few years GBC has maliciously prosecuted and used abuse of power tactics against Plaintiff's based in China. Falsely prosecuting Plaintiff's on Trademark Infringement. GBC failed to investigate these allegations. GBC does a general sweep of online stores (Ex. AliExpress) using abuse of power by assuming most merchandise is counterfeit. GBC takes control of the website link, freezes PayPal or Merchant account associated with Website, and failing to give the Plaintiff adequate time to find US Counsel. After causing havoc for the Plaintiff GBC then sends an extortion email to the Plaintiff- making them agree to forfeit 50% of their merchant account balance GBC then unlocks the PayPal and website merchant can then do business as usual after they pay GBC ransom.

## Prayer for Relief

Plaintiff's Prays for Eight Million Dollars in relief for revenue already lost, and revenue they continue to lose because of the Abuse of Power from GBC. Plaintiff is also requesting a restraining order against GBC from shutting down any merchant accounts, and PayPal accounts.

## Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below I certify to the best of my knowledge, information, and belief that this compliant (1) is not being presented for improper purposes, such as to harass, cause unnecessary delay or needlessly increase the cost of litigation (2) is supported by existing law or by nonfrivolous argument for extending, modifying or reversing existing law (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the compliant otherwise complies with Rule 11.

Date Signed

Signature

Printed Name

Dated this 8th day of May 2018

Firm's name and addresss
Names of attorney(s)

[Pleading title summary] - 3