**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**
**Clerk**

**312-435-5670**

| | | |
|---|---|---|
| Iron Maiden Holdings Ltd.<br>v.<br><br>The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations as Identified on Schedule A | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | USDC Case Number: 1:18-cv-00522<br><br>Judge: Honorable Jorge L. Alonso |

**Notice of Removal of Material**
**from the Custody of the Clerk's Office**

The following item(s) are hereby removed from the custody of the Clerk's Office by the undersigned who is representing the Plaintiff, Iron Maiden Holdings Ltd.

| | | |
|---|---|---|
| 02/15/2018 | view22 | SURETY BOND in the amount of $ $10,000.00 posted by Iron Maiden Holdings. (Document not scanned) (aee, ) (Entered: 02/16/2018) |

I, Yanling Jiang, am authorized to remove the above-described documents from the court.

Signature: [signature]

Firm: Jiangip

By: N. Hagopian
/s/ Deputy Clerk

Date: OCT. 16. 2026